In the Matter of the Claim of HAZEL SHEPPARD, Made on Behalf of REGINALD FLUDD, Respondent, against ALBERT J. DEMPS et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted April 2, 1945; decided April 12, 1945.

Motion for reargument of motion to amend notice of appeal denied on the ground that the Court of Appeals has no power to amend a notice of appeal where no appeal is actually pending in this Court. [See 294 N. Y. 689.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK PALUMBO, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted April 2, 1945; decided April 12, 1945.

*Frank Palumbo,* in person, for motion.
No one opposed.

Motion for leave to appeal denied on the ground that an appeal lies as of right.

Motion to prosecute appeal upon typewritten records and briefs granted provided appellant takes the appeal within thirty days.

Motion for assignment of counsel granted and Allen M. Light. Esq. of Plattsburgh, N. Y., assigned.